**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**ROCHELLE JACKSON,**

    **Plaintiff,**

**v.**                                      **Case No. 17-cv-02886-SHM-cgc**

**GENERAL MOTORS,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order (D.E. No. 116) docketed October 24, 2023.

## APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_October 24, 2023_                              WENDY R. OLIVER
DATE                                             CLERK

                                                  _/s/ Jairo Mendez_
                                                  (By) DEPUTY CLERK